NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**WILLIAM R. BRAYMAN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

―――――――――――

2022-1658

―――――――――――

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-5100, Judge Coral Wong Pietsch.

―――――――――――

# **O R D E R**

Upon consideration of the parties' signed dismissal agreement specifying how costs are to be paid, ECF No. 29, *see* Fed. R. App. P. 42(b)(1),

2                                 BRAYMAN v. MCDONOUGH

IT IS ORDERED THAT:

The appeal is dismissed.

FOR THE COURT

September 20, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: September 20, 2023